The People of the State of New York, Respondent,
against
Michael L. Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Julio Rodriguez III, J.), rendered August 4, 2017, convicting him, upon his plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Julio Rodriguez III, J.), rendered August 4, 2017, affirmed.
Defendant made a valid and enforceable waiver of his right to appeal, foreclosing review of his claim that the sentence is excessive. The oral colloquy sufficiently ensured that defendant understood that the right to appeal is separate from the other trial rights automatically forfeited by pleading guilty, and it met or exceeded the minimum standards for such a colloquy (see People v Bryant, 28 NY3d 1094 [2016]). Defendant also signed an appropriate written waiver, and the court confirmed that defendant had discussed the waiver with defense counsel. In any event, regardless of whether defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 19, 2018